IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | CRIMINAL ACTION FILE |
| MARK ANTHONY STEPHENSON, | NO. 1:21-CR-507-MHC-JKL |
| Defendant. | |

## ORDER

This action comes before the Court on the Non-Final Report and Recommendation ("R&R") of Magistrate Judge John K. Larkins III [Doc. 59] recommending that Defendant Mark Anthony Stephenson be found competent to stand trial. The Order for Service of the R&R [Doc. 60] provided notice that, in accordance with 28 U.S.C. § 636(b)(1), the parties were authorized to file objections within fourteen (14) days of the receipt of that Order.

On September 12, 2022, Defendant filed a document entitled "Bill of Exceptions, Master Bill of Lading, Ships Manifest Non-Negotiable." [Doc. 62]. This is a continuation of the nonsensical documents that have been submitted by

Defendant in this case which are consistent with those filed by sovereign citizen groups.[1]

In reviewing a Magistrate Judge's R&R, the district court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1). "Parties filing objections to a magistrate's report and recommendation must specifically identify those findings objected to. Frivolous, conclusive, or general objections need not be considered by the district court." United States v. Schultz, 565 F.3d 1353, 1361 (11th Cir. 2009) (quoting Marsden v. Moore, 847 F.2d 1536, 1548 (11th Cir. 1988)). If there are no specific objections to factual findings made by the Magistrate Judge, there is no requirement that those findings be reviewed de novo. Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993) (citations omitted). Absent objection, the district court judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge," 28 U.S.C. § 636(b)(1), and may accept the recommendation if it is not clearly erroneous or contrary to the law. FED. R. CRIM. P. 59(a). In accordance

---

[1] The Court also notes that Defendant has filed a notice of appeal of the R&R to the United States Court of Appeals for the Eleventh Circuit [Doc. 63]. However, the R&R is not an appealable order. Perez-Priego v. Alachua Cnty. Clerk of Court, 148 F.3d 1272, 1273 (11th Cir. 1998).

with 28 U.S.C. § 636(b)(1) and Rule 59 of the Federal Rules of Criminal Procedure, the Court has conducted a de novo review of those portions of the R&R to which Defendant objects and has reviewed the remainder of the R&R for plain error. See United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983).

The Court finds that none of the statements contained in Defendant's September 12, 2022 filing contain specific objections to the Magistrate Judge's findings or conclusions in the R&R. Consequently, the Court has reviewed the R&R for plain error and finds none. The Court **ADOPTS** the Non-Final Report and Recommendation [Doc. 59] as the Opinion and Order of the Court. Defendant is found **COMPETENT TO STAND TRIAL**.

All other pre-trial matters shall continue to be heard by the Magistrate Judge.

**IT IS SO ORDERED** this 27th day of September, 2022.

_____
MARK H. COHEN
United States District Judge